No. 67442.—A. N. Deringer, Inc. v. United States, protest 60/13807 (Portland, Maine).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of fruit-picking ladders similar in all material respects to those the subject of *A. N. Deringer, Inc.* v. *United States* (48 Cust. Ct. 138, C.D. 2326), the claim of the plaintiff was sustained.

No. 67443.—R. Greenspan & Co. v. United States, protest 60/1463 (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of picnic sets similar in all material respects to those the subject of Abstract 66580, the claim of the plaintiff was sustained.

No. 67444.—Robert E. Landweer & Co., Inc., and Consolidated Net & Twine Co., Inc., et al. v. United States, protests 61/22719, etc. (Seattle).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of plastic gill net floats similar in all material respects to those the subject of *Robert E. Landweer & Co.* and *Seattle Marine & Fishing Supply Co.* v. *United States* (47 Cust. Ct. 35, C.D. 2276), the claim of the plaintiffs was sustained.

No. 67445.—K. Heitz Import Co. v. United States, protests 61/19743, etc. (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of plastic slide frames or mounts similar in all material respects to those the subject of Abstract 64154, the claim of the plaintiff was sustained.